901 A.2d 953

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. STEPHEN I. PENALVER, DEFENDANT–PETITIONER.

June 23, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing

on all of defendant's convictions. The trial court shall clarify defendant's sentence by clearly articulating the grounds for each aspect of it, including, but not limited to, the consecutive feature on which the Appellate Division also remanded the matter.